**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO MUNOZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; WALMART CLAIMS SERVICES, INC., an Arkansas corporation; JOSE ACEVEDO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 5:23-cv-01154 GW (BMFx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. George H. Wu<br>Mag. Judge: Hon. Brianna Fuller Mircheff<br>Complaint Filed: March 16, 2023<br>Trial Date: Not Yet Set |

Having considered the papers, and finding that good cause exists, the Parties Stipulated Protective order is **granted**.

**IT IS HEREBY ORDERED.**

Dated: January 18, 2024     By: _____
BRIANNA FULLER MIRCHEFF
United States Magistrate Judge

1
ORDER
5:23-cv-01154 GW (BMFx)