JS-6

Rob A. Rodriguez, Esq. S.B.N. 224511
Richard A. Apodaca, Esq. S.B.N. 292294
**RODRIGUEZ APODACA LAW FIRM LLP**
2850 Inland Empire Blvd., Building B
Ontario, CA 91764
Telephone: (909) 944-3777
Facsimile: (909) 944-5777
Attorneys for Plaintiff,
GUSTAVO MUNOZ
GUSTAVO MUNOZ

Jason W. Hillaird, Esq. (*Pro Hac Vice*)
Robert D. Prine, Esq. S.B.N. 312432
**DINSMORE & SHOHL LLP**
655 W. Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fx: (619) 400-0501
Attorney for Defendants,
WALMART, INC., and
WALMART CLAIMS SERVICES, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MUNOZ, an individual, | No.:  EDCV 23-1154 GW-BFMx |
| Plaintiff, | *Assigned to*: <br> Judge: <br> Hon. George H. Wu |
| v. | |
| WALMART, INC., a Delaware Corporation; WALMART CLAIMS SERVICES, INC., an Arkansas corporation; JOSE ACEVEDO, an individual, and DOES 1 through 50, inclusive, | Mag. Judge: <br> Hon. Brianna Fuller Mircheff <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

PROPOSED ORDER FOR STIPULATION

1      Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the

2   Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-

3   captioned action has ended and is hereby dismissed with prejudice. Each side shall

4   bear its own attorney's fees and costs incurred in this matter.

5

6   **IT IS SO ORDERED.**

7

8   Date: January 24, 2025                    _____

9                                             HON. GEORGE H. WU,
                                              United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28